# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: LASANDRA F. TOWNSEND    §    Case No. 15-81095
                               §
                               §
          Debtor(s)            §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 04/22/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 03/25/2016.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $59,803.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 1,366.16 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,366.16 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 79.20 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 79.20 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 4,000.00 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| CARLYLE AUTO SALES | Sec | 5,791.00 | 4,716.00 | 4,716.00 | 1,024.61 | 262.35 |
| ILLINOIS DEPARTMENT OF | Pri | 1,321.14 | 462.40 | 462.40 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 4,317.38 | 4,317.38 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 2,075.60 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 163.54 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 290.94 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 3,577.34 | 5,321.01 | 5,321.01 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 30,544.72 | 30,544.72 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 12,247.81 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,253.54 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Uns | 1,397.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECEIVABLE | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ACME CREDIT SERVICES | Uns | 315.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 1,231.57 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE | Uns | 2,261.47 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE LLC | Uns | 1,601.04 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Uns | 356.60 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ARNOLD SCOTT HARRIS | Uns | 286.30 | NA | NA | 0.00 | 0.00 |
| ASHRO LIFESTYLE | Uns | 356.71 | 356.71 | 356.71 | 0.00 | 0.00 |
| ASPEN CREDIT CARD | Uns | 1,433.80 | NA | NA | 0.00 | 0.00 |
| ATTORNEY ALBERT A ALTAMORE | Uns | 625.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Uns | 7,472.78 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Uns | 49.22 | NA | NA | 0.00 | 0.00 |
| CHARISMA | Uns | 19.97 | NA | NA | 0.00 | 0.00 |
| CHASE 8 AUTO SALES | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Uns | 3,290.88 | NA | NA | 0.00 | 0.00 |
| CHEXSYSTEMS INC | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CITI FINANCIAL | Uns | 673.74 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 512.02 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,927.94 | 4,156.05 | 4,156.05 | 0.00 | 0.00 |
| CONTINENTIAL FINANCE | Uns | 687.39 | NA | NA | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 2,266.14 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 1,973.54 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY | Uns | 1,539.68 | 6,715.08 | 6,715.08 | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 167.50 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Uns | 1,353.95 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| CU RECOVERY | Uns | 2,351.11 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 638.00 | NA | NA | 0.00 | 0.00 |
| DAVID P JOHNSON | Uns | 96.26 | NA | NA | 0.00 | 0.00 |
| DIRECTV INC | Uns | 1,189.23 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS INC | Uns | 892.77 | NA | NA | 0.00 | 0.00 |
| DR HARRY DARTAND | Uns | 2,964.00 | NA | NA | 0.00 | 0.00 |
| EAST SIDE LENDERS | Uns | 375.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 3,304.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 458.88 | NA | NA | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Uns | 707.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL COLLECTION | Uns | 1,571.38 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 1,010.00 | NA | NA | 0.00 | 0.00 |
| GENERAL REVENUE CORP | Uns | 404.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GOOD HOUSEKEEPING | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 428.16 | NA | NA | 0.00 | 0.00 |
| HARRY W DARLAND MD | Uns | 2,963.95 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE COMPANY | Uns | 2,728.00 | NA | NA | 0.00 | 0.00 |
| HOLLOWAY CREDIT SERVICES | Uns | 729.00 | NA | NA | 0.00 | 0.00 |
| IHC HEALTH SOLUTIONS INC | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS PATHOLOGISTS SERVICES | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| JUDSON UNIVERSITY | Uns | 287.45 | NA | NA | 0.00 | 0.00 |
| MAHD SERVICE CORP | Uns | 5.00 | NA | NA | 0.00 | 0.00 |
| MARK LEROY LUNDINE MD | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 3,219.15 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 1,311.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 515.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 26,971.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 672.66 | 252.11 | 252.11 | 0.00 | 0.00 |
| NORTH STAR CAPITAL | Uns | 561.44 | NA | NA | 0.00 | 0.00 |
| NORTHWAY FINANCIAL CORP | Uns | 693.00 | NA | NA | 0.00 | 0.00 |
| OSF HEALTHCARE SYSTEM | Uns | 881.79 | NA | NA | 0.00 | 0.00 |
| PAYLIANCE | Uns | 468.00 | NA | NA | 0.00 | 0.00 |
| PERFORMANT RECOVERY INC | Uns | 37,511.21 | NA | NA | 0.00 | 0.00 |
| PFG OF MINNESOTA | Uns | 556.60 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP INC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| PPGC PREMIER COMPANY | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD / CHARTER | Uns | 537.81 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| RASMUSSEN COLLEGE | Uns | 1,515.00 | NA | NA | 0.00 | 0.00 |
| RDK COLLECTION SERVICES | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Uns | 101.00 | NA | NA | 0.00 | 0.00 |
| RMH PATHOLOGISTS LTD | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 515.28 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 2,041.02 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 689.36 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 464.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD MERCANTILE AGENCY | Uns | 11,723.00 | 10,960.20 | 10,960.20 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| SAGE TELECOM | Uns | 112.49 | NA | NA | 0.00 | 0.00 |
| SALLIEMAE LOAN SERVICING | Uns | 28,865.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 346.95 | 364.95 | 364.95 | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Uns | 506.12 | NA | NA | 0.00 | 0.00 |
| SPIRITLED WOMEN | Uns | 15.95 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,319.90 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 1,164.30 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Uns | 772.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR ASSET MANAGEMENT | Uns | 280.93 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOC OF NO IL | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| SWISS COLONY | Uns | 356.00 | NA | NA | 0.00 | 0.00 |
| TASTE OF HOME | Uns | 12.98 | NA | NA | 0.00 | 0.00 |
| THE CBE GROUP | Uns | 3,883.23 | NA | NA | 0.00 | 0.00 |
| TIME LIFE | Uns | 14.95 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 482.27 | 932.41 | 932.41 | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 21,655.62 | 30,366.34 | 30,366.34 | 0.00 | 0.00 |
| UNITED COMPUCRED | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 3,202.00 | 3,202.46 | 3,202.46 | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Uns | 546.40 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF WI HOSPITAL & | Uns | 517.40 | NA | NA | 0.00 | 0.00 |
| UW HEALTH PHYSICIANS | Uns | 427.12 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 4,716.00 | $ 1,024.61 | $ 262.35 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 4,716.00 | $ 1,024.61 | $ 262.35 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 5,783.41 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 5,783.41 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 92,668.41 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 79.20 |
| Disbursements to Creditors | $ 1,286.96 |
| **TOTAL DISBURSEMENTS:** | $ 1,366.16 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 05/23/2016    By: /s/ Lydia S. Meyer
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)